UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE FREY                                              JURY TRIAL DEMANDED

v.                                                       CASE NO.  3:06CV

CHECK COLLECTION OF AMERICA INC.
NATHANIEL RIDDLE

<u>COMPLAINT</u>

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendants have a place of business at 2650 Fountainview # 225, Houston TX 77057  which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to collect  an October 2004 account purportedly belonging to plaintiff.

7. Plaintiff received the attached letter on October 23, 2006.

8. The attached letter was reviewed and approved by defendant Riddle.

FIRST COUNT

9.  In the collection efforts,  each defendant violated the FDCPA, *inter alia*, § 1692d, -e, -f, or -g.

SECOND COUNT

10. Within three years prior to the date of this action each Defendant engaged in acts and

practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

  11. Each Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

         THE PLAINTIFF

         BY__/s/ Joanne S. Faulkner__
         JOANNE S. FAULKNER ct04137
         123 AVON STREET
         NEW HAVEN, CT 06511-2422
         (203) 772-0395
         j.faulkner@snet.net

Check Collection of America
2650 Fountainview, Suite 225
Houston, TX 77057

October 19, 2006

Lenore T Frey
8 STANTON AVE
NORWICH, CT 06360-5918

Connecticut

<u>Notice Before Filing Of Bad Check</u>

Be advised that this is to be considered your final notice before said check will be filed for criminal prosecution.

<u>Hot Check Penalties</u>

No more than a $1000 fine or one year in jail or both. Fine will be set by the Judge. The Filing will be in your county, which is the proper jurisdiction for the action.

MERCHANT: FOXWOODS CAGE 3
Client No : 19113208
Debtor: FREY, LENORE T
Your Check No: 1967
Check Amount: $400.00
Returned Check Charge: $20.00
<u>**Total Amount Due: $420.00**</u>

Payment must be received in the form of Cash, Cashier's Check or Money Order by October 24, 2006. Please make remittances payable to Check Collection of America.

**Return this notice with your payment**

1-800-880-3395      713-532-7383
