UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LENORE FREY

v.                                        CASE NO.  3:06CV 1807 (PCD)

CHECK COLLECTION OF AMERICA INC.
NATHANIEL RIDDLE                           February 27, 2007

NOTICE OF DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action  without

costs or fees to any party.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on Feb. 27, 2007, a copy of foregoing was filed electronically. Notice
of this filing will be sent by e-mail to all parties by operation of the Court's electronic
filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net